JS-6

FILED
CLERK, U.S. DISTRICT COURT
09/15/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: kss     DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **James Alger**, <br><br> *Plaintiff,* <br><br> v. <br><br> **Dining Concepts II, Inc.**, a business entity, and Does 1-10, <br><br> *Defendant.* | Case No. 2:22-cv-05690-PA-PVC <br><br> **ORDER DISMISSING ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to the stipulation of the parties, this action is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedures 41(a)(1)(A)(ii). Each party shall bear his and its own fees and costs.

**IT IS SO ORDERED**

Dated: September 15, 2022

_____
Honorable Percy Anderson
United States District Court Judge

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA
92660
(949) 878-8608

1